WILLARD <em>against</em> JUDD.

*J. PAINE*, for the defendant, moved to change the *venue* in this cause, and read an affidavit, in support of the motion, taken before *Amasa Paine, Recorder* of the city of *Troy*.

An affidavit taken before a Commissioner or Recorder, who is *Counsel* in the cause, may be read; but not if he is the *Attorney.*

*Dewitt*, contra, objected, that the affidavit ought not to be read, as it was taken before *A. Paine*, who was *counsel* for the defendant. He cited *Taylor* v. *Hatch*, (12 *Johns. Rep.* 340.) in which the affidavit, taken before a *Commissioner*, who was *attorney* for the plaintiff, was not allowed to be read.

*Per Curiam.* The rule laid down in *Taylor* v. *Hatch*, applies only to the case of the *Commissioner*, or *officer*, being the *attorney* for the party. The attorney is supposed always to draw the affidavit. There is not the same reason to object to the counsel.